AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Guy Wichert
Plaintiff

V.

Deep Sea Fish of Rhode Island, Inc.
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2007-

CA 07 136 S

TO: (Name and address of Defendant)

Deep Sea Fish of Rhode Island, Inc. PO Box 764, Wakefield, RI 02880 C/O John Earle, Esq. Registered Agent, 222 Jefferson Blvd, Suite 300, Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Merlyn P. O'Keefe, 238 Robinson Street, Wakefield, RI 02879

J Earle After Service 4/23/07

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE April 12, 2007

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 4-23-07 |
|---|---|
| NAME OF SERVER (PRINT) FRANK V CATAMERO | TITLE FEDERAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED JOHN EARLE ESQ AGENT FOR DEEP SEA FISH OF RI INC.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 13.00 | 50.00 | $63.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-23-07
Date

[signature]
Signature of Server

JOHNSTON RI
Address of Server

FILED
2007 MAY 14 A 11: 05
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.