AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Guy Wichert
Plaintiff

V.

Deep Sea Fish of Rhode Island, Inc.
and Silhouette Trawlers. Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-136 S

TO: (Name and address of Defendant)

Silhouette Trawlers, Inc. PO Box 764 Wakefield, RI 02880 C/O John Earle, Esq. Registered Agent, 222 Jefferson Blvd, Suite 300, Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Merlyn P. O'Keefe, 238 Robinson Street, Wakefield, RI 02879

an answer to the complaint which is herewith served upon you, within Twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you fo the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonabl period of time after service.

Paulette J Duke
Chief Deputy Clerk

CLERK

DATE 5/11/07

Barbara Barletta
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 5/21/07 |
|---|---|
| NAME OF SERVER (PRINT) James T. Beck | TITLE Dis-Interested Party |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 222 Jefferson Blvd Warwick John Earle ESQ Registered Agent

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/21/07
Date

[signature]
Signature of Server

83 Wintenberry Rd
Saunderstown, RI
Address of Server

X Received by [signature] ATS Deep Sea Fishing, Inc. Silhouette Tramways 5/21/07

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.