**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GUY WICHERT** | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **vs.** | **)** | |
| | **)** | |
| **DEEP SEA FISH OF RHODE** | **)** | **C.A. NO.: 2007-136-S-DLM** |
| **ISLAND, INC.** | **)** | |
| **Defendant** | **)** | |
| | **)** | |
| **and** | **)** | |
| | **)** | |
| **SILHOUETTE TRAWLERS, INC.** | **)** | |
| **Defendant** | **)** | |
| | **)** | |

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for the Defendant, Silhouette Trawlers, Inc., in the above-entitled action.

By its attorney,

/s/ Seth S. Holbrook
Seth S. Holbrook, RI #5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151

**Certificate of Service**

I hereby certify that on June 12, 2007, I electronically filed a Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Merlyn O'Keefe, Merlyn P. O'Keefe, LLC, 238 Robinson Street, Wakefield, RI 02879.

/s/ Seth S. Holbrook
Seth S. Holbrook, RI# 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151