**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Guy Wichert
PLAINTIFF

vs. C.A. NO.: 2007- 136 S

Deep Sea Fish of Rhode Island, Inc.
DEFENDANT

and

Silhouette Trawlers, Inc.
DEFENDANT

MOTION TO BIFURCATE AND FOR AN IMMEDIATE TRIAL ON THE ISSUE OF THE DAILY RATE OF MAINTENANCE PURSUANT TO F.R.C.P. 21.

Comes now your Plaintiff Guy Wichert and moves this Honorable Court to sever Count I against Deep Sea Fish of Rhode Island, Inc. and Count IV against Silhouette Trawlers, Inc. for an immediate trial on the issue of the daily rate of maintenance.

As grounds for this motion, Plaintiff would rely on the attached memorandum of points and authorities.

Dated: 16 June 2007

Respectfully submitted
Plaintiff, Guy Wichert
By his Attorney,

/s/Merlyn P. O'Keefe
238 Robinson Street
Wakefield, RI 02879
(401) 789-4850 Phone
(401) 789-1757 Fax
Ct. Reg. #2439

CERTIFICATION

I hereby certified that I mailed a true copy of the within, first class postage pre-paid, on the 16th day of June 2007 to the following:

Seth Holbrook, Esq.
238 Lewis Wharf
Boston, MA 0211

/s/Merlyn P. O'Keefe