MERLYN P. O'KEEFE, L.L.C.
238 Robinson Street
Wakefield, RI 02879
401-789-4850 (P)
401-789-1757 (F)

March 8, 2007

Neil Stoddard
Marine Safety Consultants, Inc.
128 Dean Street, 1st Floor, Front
Taunton, MA 02780

RE: Guy Wichert

By Facsimile Only
(508) 884-5056

Dear Mr. Stoddard,

I write to thank you for your prompt forwarding of a maintenance check to Mr. Wichert in my care once I made a demand. The question of whether a seaman has to make a demand to receive maintenance is one we will leave for another day.

Unfortunately, there is a question we cannot leave for another day and that is the daily rate of maintenance. Mr. Wichert pays rent of $500 per month plus utilities of $3 per day. His food costs are $12 per day. This brings his actual expenditures to approximately $30 per day ($16.66 rent, $5.00 utilities, $12.00 groceries). This is $6.00 per day more than Senior Judge Lagueux awarded Richard Rowan in a case he brought with me as his lawyer against LNA, Inc. after a hearing over ten years ago and the same amount Karen and Sue, Inc. agreed to pay my client, David Riberdy, minutes before a hearing started in front of Judge Lisi. Both of these vessels were insured by Sunderland.

You and I have resolved several significant cases in the past. We will lose our chance to resolve this one unless you step up and pay thirty dollars a day. If you decline to do so, I will file suit immediately and ask for the immediate trial on maintenance that I

am entitled to and both sides will be stuck in the litigation web over $15 a day which means far more to my client than yours. This web is expensive, time consuming, and inefficient, but the choice to enter or not is distinctly your client's.

While I expect his injuries are significant, I cannot be certain yet. I do know I have not often seen liability cases this good. I forward you the report of the MRI of 23 February 2007 over the signature of Terry P. Prince, MD and thereport of 7 March 2007 over the signature of Martin Kerzer, DO. Dr. Kerzer told Mr. Wichert there is nothing more he can do for him and referred him to a physiatrist.

Very Truly Yours,

Merlyn P. O'Keefe

CC: Guy Wichert