Rhode Island Rehabilitation, P.C.
21 Reservoir Avenue
Cranston, RI 02910
(401) 946-4250 Fax: (401) 942-3960

**Patient Name:** Guy Wichert
**Patient Account #:** 2 [illegible]11
**Diagnosis:** LS Sprain/Strain ā Radiculopathy
**Physician:** Dr. Martin Reiner

**Re-Examination Report**

X PT ___ OT

☒ Re- Evaluation ☐ Discharge

**Total # of Visits to date:**

**ASSESSMENT:** Pt has been very poor ā PT attendance having missed 8 of 14 visits since his IE on 1/10/07. Nevertheless he shows improvement, meeting 3/5 STG. He recently was sent for an MRI. He has been told that he must attend PT on a consistent basis to see results. PT recommended as below.

**Subjective:** Overall doing a little better. Pain comes & goes (L) buttock → above knee, constant "backache"; 5/10; [illegible] N/T (R) foot, (L) UE elbow → hand. Using TENS at home - gets

**Functional Capabilities/Restrictions:** temporary relief; feels pinching was worse ā pool. Diff in/out of car, sit → st sleeping, bending, [illegible] sitting, driving (a little better) - not all the time any more; [illegible] walking imp

**Objective:**

| ROM: | Strength: (R) | (L) |
|---|---|---|
| lumb: SB WNL (B) | hip √ 4 | 3- |
| FF 60° Ext 15° | Q 3-5 | 3-5 |
| Rot - 95% (B) | hs 5 | 5 |
| | Rest 4/5; Poor LS Stab | |

**Additional Findings:** (+) stork (R) (+) Marches (L), (+) sit FF (L) L5 Rots. (+) SLR 45° (L) 40° (R), Mild spasm (L) LEVM, sacral torsion

| **Established STG's: (with time frame)** | **Established LTG's: (by D/C)** |
|---|---|
| ↓ pain 4-6/10, ↓ rad sx's - met | See IE |
| ↑ strength 1/3-2/3 mm grade - imp | |
| ↑ imp sleeping ↓ pos'n - met | |
| imp sit → stand | |
| imp walking - met | |

**Revised Goals:** (1) Pain 3-5/10 ā minimal rad sx's (2) minimal diff sleeping (3) imp sit → stand, in/out of car (4) Able to walk/stand 10 min ā diff

**Therapist Clinical and Functional Outcome Measurement:**

☐ 10% ☐ 20% ☐ 30% ☐ 40% ☐ 50% ☐ 60% ☐ 70% ☐ 80% ☐ 90% ☐ 100%

**Plan of Care:** **Frequency:** 2-3x/wk **Duration:** 4-6 wks
manual tx, STM, ther ex, jobsim/functional activities, [illegible]S, laser, HEP

**All PTA Documentation Read/Reviewed**

**Therapist Signature:** [signature] **License #:** 1109 **Date:** 2/26/07

**Physician Signature:** ____________ **Date:** ________

PLEASE FAX TO: (401) 942-3960 *THANK YOU!*