ASSOCIATES IN PRIMARY CARE MEDICINE, INC.
MARTIN J. KERZER, D.O.
Gregory J. Steinmetz, M.D. Julie Rousseau, FNP-C
857 Post Road, Warwick, RI 02888
(401) 467-3115 Fax: (401) 785-8468

Re: Guy Wichert (I.D. # 18407)
Visit Date: 03/06/07 (#-301540)

The patient is to return for another visit in approximately 6 weeks.

**Refer To Physicians**

| No | MD | Name | Reason |
|---|---|---|---|
| 1 | 70 | George Pasquarello | low back pain |

Subjective: The patient is here for a return visit. He is not improving with PT- he is still c/o lower back pain with some days worse then others.
Guy missed a couple of appointments with RI Rehab because he had to drive to Michigan to help his mother with her husband's illness.
Objective: Examination of the lumbar spine revealed moderate tenderness with palpation. Range of motion was limited and painful. The patient muscle spasm noted on exam. He was in some distress.

Office Discussion: Guy has not really progressed with the physical therapy program. I am going to refer him for a physiatry evaluation.
He should remain OOW until he sees the Physiatrist.

Examining Practitioner: Martin Kerzer, D.O.

Electronic signature on file.