3/25/1966 038Y 00420594
54 OGDEN AVE
WARWICK RI 02889
ER.PHYSICIAN
5200

# INITIAL PATIENT ASSESSMENT

Name: Wichert Gery ☐ M ☐ F Source of information ☐ Pt ☐ Other ______
DOB: 3-25-66 Date: ______ Time: 0735 Arrived from: ☐ NH ☐ Home ☐ Other ______
Triage Index: ☐ 1 ☐ 2 ☒ 3 ☐ 4 ☐ 5 ☐ express Prehospital Care: ☐ none ☐ C spine immobilized ☐ O2 ___ L
Language: ☐ English ☐ Other: ______ ☐ Needs Interpreter Next of Kin: ☐ With Patient ☐ Notified ______

| BP ☐ L ☐ R | P ☐ Reg ☐ Irreg | R | T ☐ po ☐ R ☐ Tympanic | SPO2 ☐ room air ☐ O2 ___ LPM | HT ☐ act ☐ stated | WT ☐ act ☐ stated | LMP ___ ☐ N/A |
|---|---|---|---|---|---|---|---|
| 144/68 | 83 | 22 | 98.7 | 96 | | | |

CHIEF COMPLAINT Right + Left upper chest pain, Right Hip pain

Pain Present: ☒ Y ☐ N If Yes Location Chest / hip
Pain Intensity: 10 Pain Scale Used 1-10
Pain Description: ☐ Sharp ☐ Dull ☐ Burning ☐ Stabbing ☐ Other ______
How Often Pt. Experiencing Pain? ☐ Rare ☐ Occ. ☐ Frequent ☐ Always Comments:
MECHANISM OF INJURY: fell from 2nd floor to 1st floor
☐ Work ☐ Home ☐ School ☐ Other
TRIAGE ASSESSMENT abrasion to left shoulder Right foot numb fell Sat
Triage Intervention: ______

TB SCREEN: (if two or more present, refer to Infection Control)
☐ Persistent Cough > two weeks ☐ Bloody Sputum
☐ Fever ☐ Anorexia ☐ Weight Loss ☐ Night Sweats ☐ NA
Triage RN: [signature]

ABUSE/NEGLECT SCREEN (Key: S = Social Service referral)
S ☐ Patient Reports Sexual Assault, Physical Abuse or Neglect
S ☐ Fear of Returning Home and/or Fear of Children, Care giver
S ☐ Poor Hygiene/Inappropriate Clothing (ie wrong for weather)
S ☐ Obvious Medical, Physical Problems That Have Been Unattended
S ☐ Evidence of Sexual Assault/Exploitation
S ☐ Lacerations or Bleeding in the Perineal Area
S ☐ Human Bite Marks
S ☐ Burns to Hands, Feet, Back, Buttocks, Wrists
S ☐ Bruises in Various Stages of Healing
S ☐ Known or Suspected Elder Abuse
S ☐ Known or Suspected Child Abuse
☒ None of the Above

Allergies/Type of Reaction: ☐ NKA
demerol

☐ COPY OF MEDICATIONS IN CHART
Current Medications/Herbs/Dietary Supplements/OTCs

| Name | Dose/Freq | Last Dose (if known) |
|---|---|---|
| none | Vicodin ES / Dilaudid / Soma | had @ home to take |

History of falls within the last 6 months ☐ Yes ☐ No

**IMMUNIZATIONS UP TO DATE** ☐ Yes ☐ No ☐ Unknown
(according to ☐ pt. ☐ family)
Last Tetanus: ___ Flu Vaccine: ___ Pneumovax ___ ☐ Record

PAST MEDICAL HISTORY: none

SURGICAL HISTORY: none

History of Blood Transfusion? ☐ Yes/when ______ ☐ No
Transfusion Reaction ☐ Yes/type ______ ☐ No

ON ARRIVAL TO DEPARTMENT:

COLOR: ☒ WNL ☐ Pale ☐ Cyanotic Other: ____

RESPIRATORY: ☒ WNL ☐ Nasal Flaring ☐ Retractions ☐ Shallow Breathing ☐ Cough ☐ Productive ☐ SOB

CIRCULATORY

| PULSES | Present | Absent |
|---|---|---|
| Left Radial | ☐ | ☐ |
| Right Radial | ☐ | ☐ |
| Left Pedal | ☐ | ☐ |
| Right Pedal | ☐ | ☐ |
| N/A | ☐ | ☐ |

SKIN CONDITION
☐ Warm ☐ Cool ☒ Dry ☐ Moist ☐ Clammy ☐ Rash
☐ Flushed ☐ Poor Turgor ☐ Impaired Skin Integrity

NEURO STATUS: ☐ Oriented ☐ Disoriented ☐ Lethargic ☐ Unresponsive ☐ Combative

SPEECH: ☐ Clear ☐ Slurred ☐ None

PUPILS: ☐ Perl mm ☐ Pinpoint ☐ Dilated

GRASPS: ☐ Equal ☐ Right weaker ☐ Left weaker

VISUAL ACUITY: ☐ Right ☐ Left ☐ N/A

Time in Unit: 0740 Nurse: [signature] Physician: [signature]

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

19

Kent Hospital

# EMERGENCY PHYSICIAN RECORD

**Fall** (5)

WICHERT, GUY P
061918421
3/25/1966 038Y
54 OGDEN AVE
WARWICK
ER, PHYSICIAN
5200

ER
M RC 8/02/04
MR000420594

RI 02889

401 738-9913

TIME SEEN: 0800 ROOM: ____ EMS arrival

HISTORIAN: (patient) __spouse __paramedics ____

__HX / __EXAM LIMITED BY: ____

## HPI chief complaint: Fall Injury to: ____

**occurred:** __just PTA __today ____ __yesterday ____ 2 days PTA

**where:** __home __neighbor's (work) __school __city park __street

**context:** __tripped / slipped / lost balance __became dizzy / fainted __Fell from ( standing position / from height ) __alleged assault __bicycle (helmet? Y N)

on second floor, plug walking up fell thru open in floor → 1st floor

**location of pain / injuries:** head face mouth neck (chest) abdomen (back) upper mid- (lower) radiating to R / L thigh / leg

(right) shldr hip arm (thigh) elbow knee f-arm leg wrist ankle hand foot

-left- shldr hip arm thigh elbow knee f-arm leg wrist ankle hand foot

**severity of pain:** mild moderate (severe)

**associated symptoms:** __lost consciousness / dazed duration: remembers: impact coming to hospital __seizure

**ROS** ☒ all systems neg excpt as mrkd
__loss feeling / power arms / legs
numbness R thigh / foot
__headache
__double vision / hearing loss
__trouble breathing / chest pain
__nausea / vomiting
__loss of bladder function
__skin laceration
__recent fever / illness

**SOCIAL HX** __recent ETOH (smoker) __drug abuse

**PAST HX** (negative)

found Dilaudid [illegible] for pain on Saturday night [illegible]

Meds- (none) / __see nurses note ____

Allergies- (NKDA) __see nurses note ____

☐ Nursing Assessment Reviewed ☐ Vitals Reviewed ☐ Tetanus immun. UTD

## PHYSICAL EXAM

__Alert __Lethargic __Anxious

Distress- __NAD __mild __moderate __severe

Other- __c-collar ( PTA / in ED ) __backboard __IV __splint

**HEAD** __no evidence of trauma | __see diagram | __Battle's sign / Raccoon Eyes

**NECK** __non-tender __painless ROM __trachea midline | __see diagram | __vertebral point-tenderness | __muscle spasm / decreased ROM | __pain on movement of neck



**EYES** __PERRL __EOMI | __unequal pupils R-__mm L-__mm | __EOM entrapment / palsy | __subconjunctival hemorrhage

**ENT** __nml external inspection __no dental injury | __hemotympanum | __TM obscured by wax | __clotted nasal blood | __dental injury / malocclusion

**RESP / CVS** __chest non-tender __breath sounds nml __heart sounds nml | __see diagram ( on reverse ) | __decreased breath sounds | __wheezing / rales | __splinting / paradoxical movements

**ABDOMEN** __non-tender __no organomegaly | __see diagram ( on reverse ) | __tenderness / guarding / rebound | __mass / organomegaly

**GENITAL / RECTAL** __nml genital exam __nml vaginal exam __nml rectal exam __heme negative stool | __perineal hematoma | __blood at urethral meatus | __decreased rectal tone

**NEURO / PSYCH** __oriented x3 __mood & affect __CN's nml as tested __sensation & motor nml | __confusion / disorientation | __EOM palsy / anisocoria | __facial asymmetry | __unsteady / ataxic gait | __sensory / motor deficit




x____ Nurse / ____ MD

HISTORY- Nurse sign after recording ROS, PFSH; Physician initial after reviewing with patient and confirming or revising all ellements.