**PATIENT NAME:** WICHERT, GUY P **BILLING#:** 61971990

**ADDRESS:**
54 OGDEN AVE
WARWICK, RI 02889
**EXAM DATE:** 08/11/2004 **X-RAY NO: 272582**
**REQUESTED BY:** JEFFREY COX
**BIRTH DATE:** 03/25/1966 **AGE:** 38 **SEX:** M **PHONE:** 401-738-9913
**MED REC #:** 0420594 **ROOM NO:** POP
**SHIELD:**
**TEST TYPE:** MR **PREGNANT:**
**INSURANCE #1:** 591018945- SELF PAY
**INSURANCE #2:** - SELF PAY
**RADIOLOGIST:** M JULIE ARMADA, MD **REQ #:** 7961708
**TECHNOLOGIST:** AG
**CLINICAL INFORMATION:** L5 NUMBNESS
*FAX

---

MRI OF THE LUMBAR SPINE (72148)

TECHNIQUE:
Routine sequences were performed. No comparisons are available.

FINDINGS:
At L1/2, the disc is intact. There is facet joint disease on the left. The canal is within the limits of normal.

At L2/3, there is mild and diffuse disc bulging. There is bilateral facet joint disease and there is mild degenerative narrowing of the left foramen.

At L3/4, there is a large central and right paracentral disc hernia which is effacing the subarachnoid space and impacting on the cauda equina. This is indenting but not clearly displacing the right root. This extends just above the disc space margin. There is no free fragment seen. There is facet joint disease and there is mild degenerative narrowing of the foramen. The canal is at the lower limits of normal in size due to a number of factors including the disc hernia.

At the L4/5 level, there is a central and right paracentral disc hernia which contacts the anteriormost portion of the theca and is impacting on the right traversing root. This extends just into the proximal foramen and just below the disc space margin within the central and right side of the canal. There is no evidence for a free fragment. There is facet joint disease and there is narrowing of both foramen.

At the lumbosacral junction, there is a small disc protrusion centrally and to the right. This contacts the theca. It is indenting and may be slightly displacing the right traversing root. It is extending into the proximal foramen but with no effect on the exiting root. There is bilateral facet joint disease and there is narrowing of both foramen.

The conus is unremarkable. The marrow is of normal signal; specifically, there is no fracture.

**Electronically signed on 08/11/2004 5:54 PM by M JULIE ARMADA M.D.** 

**PATIENT NAME:** WICHERT, GUY P **BILLING#:** 61971990

SUMMARY:
1. Moderate central and right paracentral disc hernia with slight cephalad extension at the L3/4 level. Mild canal stenosis due to a combination of facet joint disease and the disc hernia.
2. Central and right paracentral disc hernia at L4/5 with lateral extension into the foramen.
3. Disc protrusion centrally with a small focal protrusion into the right side of the canal at the lumbosacral junction. This is of uncertain significance.

M JULIE ARMADA, MD

dc
D: 08/11/2004 10:57
T: 08/11/2004 13:59