***** NOT AN OFFICIAL DOCUMENT *****

**Case ID:** P2-1997-3255A
**Docket Search Start Date:**
**Docket Search Ending Date:**

## Case Description

**Case ID:** P2-1997-3255A - GUY WICKET
**Court :** (SC) SUPERIOR COURT **Location :** (P) PROVIDENCE COUNTY
**Filing Date:** Saturday , July 26th, 1997
**Type:** F - FELONY
**Status:** CP - COMPLETED

## Arrest Information

**Arresting Agency :** PROVIDENCE POLICE DEPARTMENT

## Charges

| Charge# | Charge | Disposition / Date | Sentence / Judge |
|---|---|---|---|
| 1 | POSS SCH I - V CNTRL SUBSTANCE | PLEA OF NOLO CONTENDERE<br><br>27-OCT-97 | PROBATION 2 Years<br>MCATEE,MAGISTRATE<br><br>SPECIAL PROGRAM<br>MCATEE,MAGISTRATE<br><br>SPECIAL PROGRAM<br>MCATEE,MAGISTRATE<br><br>SPECIAL PROGRAM<br>MCATEE,MAGISTRATE<br><br>DRUG EDUCATION FUND<br>MCATEE,MAGISTRATE<br><br>INDEMNITY FUND<br>MCATEE,MAGISTRATE<br><br>PROBATION FUND<br>MCATEE,MAGISTRATE |

| | | | |
|---|---|---|---|
| 2 | SIMPLE ASSAULT/BATTERY | DISMISSED 48A<br><br>27-OCT-97 | |
| 3 | RESISTING ARREST | PLEA OF NOLO CONTENDERE<br><br>27-OCT-97 | PROBATION 1 Year MCATEE,MAGISTRATE |
| 101 | POSS SCH I - V CNTRL SUBSTANCE | INFORMATION SIGNED<br><br>24-SEP-97 | |
| 102 | SIMPLE ASSAULT/BATTERY | INFORMATION SIGNED<br><br>24-SEP-97 | |
| 103 | RESISTING ARREST | INFORMATION SIGNED<br><br>24-SEP-97 | |

**Case Event Schedule**

| Event | Date | Location | Judge |
|---|---|---|---|
| FELONY INITIAL APPEARANCE | 26-JUL-1997 | 6th District Court | BAIL COMMISSIONER, RAMPONE |
| DETERMINATION OF ATTORNEY | 12-AUG-1997 | 6th District Court | CENERINI, JUDGE |
| PRE-ARRAIGNMENT DISP CONFERENC | 06-OCT-1997 | PROVIDENCE COUNTY | MCATEE, MAGISTRATE |
| ARRAIGNMENT | 16-OCT-1997 | PROVIDENCE COUNTY | MCATEE, MAGISTRATE |
| ARRAIGNMENT | 20-OCT-1997 | PROVIDENCE COUNTY | MCATEE, MAGISTRATE |
| ARRAIGNMENT | 27-OCT-1997 | PROVIDENCE COUNTY | MCATEE, MAGISTRATE |
| PRESENT AS A VIOLATOR | 12-OCT-1999 | PROVIDENCE COUNTY | SHEEHAN, JUDGE |
| WARRANT CANCELLATION | 12-OCT-1999 | PROVIDENCE COUNTY | SHEEHAN, JUDGE |
| | | | |

| | | | |
|---|---|---|---|
| VIOLATION HEARING | 22-OCT-1999 | PROVIDENCE COUNTY | CLIFTON, JUDGE |
| VIOLATION HEARING | 29-OCT-1999 | PROVIDENCE COUNTY | ORTON, JUDGE |
| PROBATION REVIEW | 10-DEC-1999 | PROVIDENCE COUNTY | CLIFTON, JUDGE |
| VIOLATION HEARING | 07-JAN-2000 | PROVIDENCE COUNTY | CLIFTON, JUDGE |
| PROBATION REVIEW | 02-MAR-2000 | PROVIDENCE COUNTY | CLIFTON, JUDGE |
| VIOLATION HEARING | 02-MAR-2000 | PROVIDENCE COUNTY | INDEGLIA, JUDGE |
| COST REVIEW | 28-MAY-2003 | PROVIDENCE COUNTY | HARWOOD, MAGISTRATE |
| COST REVIEW | 27-AUG-2003 | PROVIDENCE COUNTY | HARWOOD, MAGISTRATE |
| COST REVIEW | 03-DEC-2003 | PROVIDENCE COUNTY | HARWOOD, MAGISTRATE |
| COST REVIEW | 03-MAR-2004 | PROVIDENCE COUNTY | HARWOOD, MAGISTRATE |
| COST REVIEW | 07-JUL-2004 | PROVIDENCE COUNTY | HARWOOD, MAGISTRATE |
| COST REVIEW | 09-JUL-2004 | PROVIDENCE COUNTY | HARWOOD, MAGISTRATE |
| COST REVIEW | 24-NOV-2004 | PROVIDENCE COUNTY | HARWOOD, MAGISTRATE |
| COST REVIEW | 23-FEB-2005 | PROVIDENCE COUNTY | HARWOOD, MAGISTRATE |
| COST REVIEW | 06-APR-2005 | PROVIDENCE COUNTY | HARWOOD, MAGISTRATE |
| COST REVIEW | 05-MAY-2005 | PROVIDENCE COUNTY | HARWOOD, MAGISTRATE |
| COST REVIEW | 05-OCT-2005 | PROVIDENCE COUNTY | HARWOOD, MAGISTRATE |
| COST REVIEW | 09-NOV-2005 | PROVIDENCE COUNTY | HARWOOD, MAGISTRATE |
| COST REVIEW | 08-FEB-2006 | PROVIDENCE COUNTY | HARWOOD, MAGISTRATE |
| | | | |

| | | | |
|---|---|---|---|
| COST REVIEW | 29-NOV-2006 | PROVIDENCE COUNTY | HARWOOD, MAGISTRATE |
| COST REVIEW | 21-FEB-2007 | PROVIDENCE COUNTY | HARWOOD, MAGISTRATE |
| COST REVIEW | 21-MAR-2007 | PROVIDENCE COUNTY | HARWOOD, MAGISTRATE |

### Case Parties

| Type | ID | Name | Aliases |
|---|---|---|---|
| DEFENDANT | 00134591 | **WICHERT, GUY P** | WICHERT, GUY |

### Attorneys

| Type | Name |
|---|---|
| PRIVATE ATTORNEY | WILEY, ALTON WILLIAM |

### Docket Entries

| Description | |
|---|---|
| 26-JUL-1997 | EVENT ACTION |
| 26-JUL-1997 | DEFT REFERRED PUBLIC DEFENDER |
| 26-JUL-1997 | TYPE OF BAIL SET |
| 26-JUL-1997 | CASE INITIATION |
| 12-AUG-1997 | EVENT ACTION |
| 12-AUG-1997 | EVENT REASON |
| 24-SEP-1997 | DISPOSITION PROSECUTOR |
| 01-OCT-1997 | INFORMATION FILED |
| 06-OCT-1997 | EVENT ACTION |
| 06-OCT-1997 | EVENT REASON |
| 08-OCT-1997 | LETTER COURT APPOINTS ATTORNEY |
| 16-OCT-1997 | EVENT ACTION |
| 16-OCT-1997 | EVENT REASON |
| 20-OCT-1997 | EVENT ACTION |

| | |
|---|---|
| 20-OCT-1997 | EVENT REASON |
| 20-OCT-1997 | EVENT REASON |
| 27-OCT-1997 | EVENT ACTION |
| 27-OCT-1997 | CASE DISPOSED |
| 27-OCT-1997 | DEFENDANT APPEARS |
| 27-OCT-1997 | PRE-SENTENCE REPORT WAIVED |
| 27-OCT-1997 | DISPOSITION PROSECUTOR |
| 27-OCT-1997 | DISPOSITION DEFENSE ATTORNEY |
| 27-OCT-1997 | AGREEMENT TO PAY COSTS |
| 27-OCT-1997 | CERTIFICATE OF JUDGE |
| 27-OCT-1997 | 48A DISMISSAL FILED |
| 27-OCT-1997 | ENTRY OF APPEARANCE |
| 27-OCT-1997 | JUDGMENT ENTERED |
| 30-OCT-1997 | LETTER COURT APPOINTS ATTORNEY |
| 15-JUL-1999 | VIOLATION REPORT |
| 12-OCT-1999 | EVENT ACTION |
| 12-OCT-1999 | EVENT REASON |
| 12-OCT-1999 | EVENT ACTION |
| 12-OCT-1999 | EVENT REASON |
| 12-OCT-1999 | RECOGNIZANCE FILED |
| 12-OCT-1999 | TYPE OF BAIL SET |
| 14-OCT-1999 | PAYMENT RECEIPT NUMBER |
| 22-OCT-1999 | EVENT ACTION |
| 22-OCT-1999 | EVENT REASON |
| 29-OCT-1999 | EVENT ACTION |
| 29-OCT-1999 | EVENT REASON |
| 10-DEC-1999 | PROBATION REPORT DUE |
| 07-JAN-2000 | DEFT DOES NOT APPEAR |
| 13-JAN-2000 | WARRANT ISSUED |
| 24-FEB-2000 | WARRANT CANCELLED |
| 24-FEB-2000 | WARRANT CANCELLATION EVENT |
| | |

| | |
|---|---|
| 24-FEB-2000 | PROBATION REPORT DUE |
| 24-FEB-2000 | RELEASED ON SAME RECOGNIZANCE |
| 02-MAR-2000 | PROGRESS REPORT ACCEPTED |
| 28-APR-2003 | NOTICE SENT TO DEFENDANT |
| 28-MAY-2003 | DEFT TO MAKE FURTHER PAYMENTS |
| 04-JUN-2003 | NOTICE SENT TO DEFENDANT |
| 27-AUG-2003 | DEFT TO MAKE FURTHER PAYMENTS |
| 04-SEP-2003 | NOTICE SENT TO DEFENDANT |
| 03-DEC-2003 | DEFT TO MAKE FURTHER PAYMENTS |
| 03-MAR-2004 | DEFT DOES NOT APPEAR |
| 08-MAR-2004 | WARRANT ISSUED |
| 01-APR-2004 | WARRANT CANCELLATION EVENT |
| 01-APR-2004 | WARRANT ASSESSMENT WAIVED |
| 01-APR-2004 | WARRANT CANCELLED |
| 07-JUL-2004 | DEFT TO MAKE FURTHER PAYMENTS |
| 14-JUL-2004 | PASSED |
| 30-NOV-2004 | DEFT DOES NOT APPEAR |
| 30-NOV-2004 | WARRANT ISSUED |
| 18-JAN-2005 | WARRANT CANCELLATION EVENT |
| 18-JAN-2005 | WARRANT ASSESSMENT WAIVED |
| 18-JAN-2005 | COMPLETED |
| 18-JAN-2005 | WARRANT CANCELLED |
| 01-MAR-2005 | NOTIFICATION PROBLEM |
| 06-APR-2005 | DEFT TO MAKE FURTHER PAYMENTS |
| 12-MAY-2005 | BENCH WARRANT ISSUED |
| 18-AUG-2005 | WARRANT CANCELLATION EVENT |
| 18-AUG-2005 | COMPLETED |
| 18-AUG-2005 | REMANDED TO THE ACI |
| 18-AUG-2005 | WARRANT CANCELLED |
| 05-OCT-2005 | COMPLETED |
| 09-NOV-2005 | DEFT TO MAKE FURTHER PAYMENTS |
| | |

| | |
|---|---|
| 09-NOV-2005 | OTHER DOCUMENT |
| 08-FEB-2006 | DEFT DOES NOT APPEAR |
| 10-FEB-2006 | BENCH WARRANT ISSUED |
| 10-NOV-2006 | BENCH WARRANT WITHDRAWN |
| 10-NOV-2006 | WARRANT CANCELLATION EVENT |
| 10-NOV-2006 | WARRANT ASSESSMENT WAIVED |
| 10-NOV-2006 | CASH BAIL SET |
| 10-NOV-2006 | Payment Applied |
| 15-NOV-2006 | FILE REC'D FROM RECORD CENTER |
| 15-NOV-2006 | FILE TRANSFERRED RECORD CENTER |
| 29-NOV-2006 | DEFT TO MAKE FURTHER PAYMENTS |
| 21-FEB-2007 | Payment Applied |
| 21-FEB-2007 | DEFT TO MAKE FURTHER PAYMENTS |
| 21-MAR-2007 | DEFT DOES NOT APPEAR |
| 23-MAR-2007 | BENCH WARRANT ISSUED |