UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Guy Wichert
Plaintiff(s)

v

Deep Sea Fish of Rhode Island &
Silhouette Trawlers, Inc.
Defendant(s)

Dkt. No. 2007-136-S-DLM

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Silhouette Trawlers, Inc. hereby moves that Robert J. Murphy be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Silhouette Trawlers, Inc.
(Plaintiff/Defendant)

By: Seth S. Holbrook *[signature]*
Bar ID No.: 5677
Address: 238-240 Lewis Wharf, Boston, MA 02110

DATED: June 12, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) U.S. District Court for the District of MA and U.S. Court of Appeals, 1st Circuit and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had mypro *hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any pro *hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted pro *hac vice* in any case in this District during the past 12 months. (If you have appeared or applied forpro *hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Robert J. Murphy - Massachusetts Bar # 557659

Print Name State Bar ID #

Holbrook & Murphy

Firm Name

238-240 Lewis Wharf, Boston, MA 02110

Business Address

617-428-1151 617-428-6919

Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Seth S. Holbrook

Signature of Local Counsel

Seth S. Holbrook 5677

Print Name R.I. Bar ID #

Holbrook & Murphy

Firm and Business Address

238-240 Lewis Wharf

Boston, MA 02110

Tel. #617-428-1151 Fax # 617-428-6919

---

**ORDER**

This motion is hereby Granted

WSM

District Judge

Date: 7/5/07