**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **GUY WICHERT**<br>**Plaintiff,**<br><br>**vs.**<br><br>**DEEP SEA FISH OF RHODE ISLAND, INC.**<br>**Defendant**<br><br>**and**<br><br>**SILHOUETTE TRAWLERS, INC.**<br>**Defendant** | **C.A. NO.: 2007-136-S-DLM** |

**JOINT MOTION TO CONTINUE HEARING ON MOTION TO BIFURCATE**

NOW COME the Plaintiff, Guy Wichert, and the Defendants, Deep Sea Fish of Rhode Island, Inc. and Silhouette Trawlers, Inc., by and through their undersigned attorneys and jointly move this Honorable Court to continue the Hearing on the Motion to Bifurcate until a date after July 25, 2007. The current Hearing is set for July 16, 2007.

As reason therefor, the parties state that additional time is necessary as plaintiff's counsel will be attending a seminar in Chicago. On the date currently set for the Hearing, the undersigned defendants' counsel is scheduled to be out of state on business and vacation with his wife.

WHEREFORE, the parties pray that the Hearing on the Motion to Bifurcate be continued until a date after July 25, 2007.

Respectfully submitted,
By their attorneys,

Attorney for the Plaintiff,

/s/ Merlyn P. O'Keefe
Merlyn P. O'Keefe
Merlyn P. O'Keefe, LLC
238 Robinson Street
Wakefield, RI 02879
(401) 789-4850

Attorney for the Defendant,

/s/ Seth S. Holbrook
Seth S. Holbrook, BBO# 237850
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

/s/ Robert J. Murphy
Robert J. Murphy, *pro hac vice*
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

**Certificate of Service**

I hereby certify that on July 10, 2007, I electronically filed the Joint Motion to Continue Hearing on Motion to Bifurcate with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Merlyn O'Keefe, Merlyn P. O'Keefe, LLC, 238 Robinson Street, Wakefield, RI 02879.

/s/ Seth S. Holbrook
Seth S. Holbrook, RI# 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151