Mr. Wichert did not receive any maintenance until a specific demand was made and, since then, he has been receiving $15.00 a day. This amount is set unilaterally by the vessel's insurer, Sunderland Marine Mutual Insurance Company Limited, which has no corporate office in Rhode Island, and does not take Mr. Wichert's actual expenditures in to account. Plaintiff's motion for an immediate bench trial on the rate of maintenance was assigned by your Honor to Magistrate Judge Martin and is scheduled to be heard by him on 27 July 2007 at 2:00 P.M.

Mr. Wichert has supplied all medicals and receipts for his expenses and has asked for the actual cleat which defense counsel will, doubtless, provide. The defense is currently focusing on his prior convictions and prior traumae, not a one of which was symptomatic. Neither the convictions nor prior trauma were considered by the captain at the time Mr. Wichert was hired. As always, I look forward to appearing before your Honor.

Very Truly Yours,

Merlyn O'Keefe

Cc: Robert Murphy

By Facsimile only