Honorable David Martin
Magistrate Judge
United States District Court for
District of Rhode Island
2 Exchange Terrace
Providence, RI 02903

10 August 2007

RE: Wichert
v.
Silhouette Trawlers, Inc.

C.A.: 2007-136 S

Your Honor,

I was directed by you to inform you by 10 August 2007 if a settlement in regard to the daily rate of maintenance had been achieved, which would have served to root out plaintiff Wichert's Motion for an Immediate Trial on the rate.

Unfortunately, I must report no settlement has been reached and, accordingly, Mr. Wichert presses his motion.

On a personal note, I have plans to take the week of August 20th off and would ask, if you please, any trial be set outside that window.

Very Truly Yours,

Merlyn O'Keefe

Cc: Robert Murphy, Esq.