UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GUY WICHERT, | : | |
| PLAINTIFF, | : | |
| v. | : | CA 07-136 S |
| | : | |
| DEEP SEA FISH OF | : | |
| RHODE ISLAND, INC., and | : | |
| SILHOUETTE TRAWLERS, INC., | : | |
| Defendants. | : | |

# APPEAL

Comes now your Plaintiff Guy Wichert and appeals the Memorandum and Order entered by the Honorable David Martin, Judge Magistrate on 17 October 2007 denying his Motion To Bifurcate.

As grounds for this appeal, Plaintiff Wichert would rely on the attached Memorandum of Points and Authorities.

Respectfully Submitted
For Plaintiff Guy Wichert By His Attorney

/S/ Merlyn P. O'Keefe

Merlyn O'Keefe,Esquire #2439
238 Robinson Street
Wakefield,Rhode Island 02879
401 789-4850(p)401 789 1757(f)

CERTIFICATION

I hereby certify I mailed a copy of the within appeal to Robert Murphy, Esquire at his usual address this 27th day of October 2007