**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GUY WICHERT** <br> **Plaintiff,** <br><br> **vs.** <br><br> **DEEP SEA FISH OF RHODE ISLAND, INC.** <br> **Defendant** <br><br> **and** <br><br> **SILHOUETTE TRAWLERS, INC.** <br> **Defendant** | ) | **C.A. NO.: 2007-136-S-DLM** |

**JOINT MOTION TO ENLARGE ALL DISCOVERY DATES BY NINETY DAYS**

Now come the parties in the above referenced matter and respectfully move this Honorable Court to enlarge by ninety (90) days all dates set forth in the Pretrial Order entered by this Court on or about August 1, 2007. As grounds therefore, the parties state as follows:

1. The parties have diligently pursued discovery in this case, but additional time is required to properly prepare for the matter.

2. All of the percipient witnesses are commercial fishermen, who are often at sea for extended periods, are seldom in port and are difficult to schedule for deposition.

3. The defendant's interests have sold the fishing vessel to an out of state company. This change in ownership has delayed the plaintiff's attendance aboard the vessel with his expert.

4. The plaintiff was recently involved in an unrelated automobile accident which has delayed his appearance at deposition.

WHEREFORE, the parties pray that all dates set forth in the Pretrial Order be extended by ninety (90) days.

Dated: November 13, 2007

The Plaintiff,
By his attorney,
Merlyn P. O'Keefe, LLC

/s/Merlyn P. O'Keefe
Mr. Merlyn O'Keefe
Merlyn P. O'Keefe
238 Robinson Street
Wakefield, RI 02879
(401) 789-4850

The Defendants,
By their attorney,
HOLBROOK & MURPHY

/s/ Seth S. Holbrook
Seth S. Holbrook BBO #5677
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

/s/ Robert J. Murphy
Robert J. Murphy, *pro hac vice*
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

**Certificate of Service**

I hereby certify that on November 13, 2007, I electronically filed the Joint Motion to Extend Discovery by Ninety Days with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Merlyn O'Keefe, 239 Robinson Street, Wakefield, Rhode Island 02879.

/s/ Seth S. Holbrook

Seth S. Holbrook BBO #5677
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com