**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Guy Wichert
PLAINTIFF

vs. C.A. NO.: 2007- 136S

Deep Sea Fish of Rhode Island, Inc.
and Silhouette Trawlers Inc
DEFENDANTS

**NOTICE OF DEPOSITION**

DEPONENT: Fred Mattera, owner of F/V Travis and Nathalie, Richmond Rhode Island

DATE : 8 February 2008

TIME:1:30 PM

Please take notice that pursuant to FRCP 26,the undersigned will take the deposition of the above named individual for the purpose of discovery or for use as evidence,or both which will continue from day to day,until completed,the same to commence on the date and the time above stated at the office of Merlyn O'Keefe,LLC.,238 Robinson Street,Wakefield,R.I. 02879,before a notary public commissioned in the State of Rhode Island.

Respectfully submitted

Plaintiff Guy Wichert by His
Attorney,

Merlyn P. O'Keefe, Esquire
238 Robinson Street
Wakefield, RI 02879
(401) 789-4850 Phone
(401) 789-1757 Fax
Ct. Reg. #2439

CERTIFICATION

I hereby certify that on 16 January 2008, I mailed a copy of this notice to Robert Murphy,Esquire,Holbrook and Murphy 238-240 Lewis Wharf Boston ,Mass