**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **GUY WICHERT**<br>**Plaintiff,**<br><br>**vs.**<br><br>**DEEP SEA FISH OF RHODE ISLAND, INC.**<br>**Defendant**<br><br>**and**<br><br>**SILHOUETTE TRAWLERS, INC.**<br>**Defendant** | **C.A. NO.: 2007-136-S-DLM** |

**JOINT MOTION TO ENLARGE ALL DISCOVERY DATES BY NINETY DAYS**

Now come the parties in the above referenced matter and respectfully move this Honorable Court to enlarge by ninety (90) days all dates set forth in the Pretrial Order entered by this Court. As grounds therefore, the parties state as follows:

1. The parties have diligently and cooperatively pursued discovery in this case, but additional time is required to properly prepare the matter.

2. All of the percipient witnesses are commercial fishermen, who are often at sea for extended periods, are seldom in port and are difficult to schedule for deposition.

3. The defendant's interests have transferred operation of the fishing vessel to an out of state company. This change has delayed the plaintiff's attendance aboard the vessel with his expert.

4. Counsel for the Plaintiff and the Defendant have been surprised by the testimony of witnesses at deposition, who indicate that although they were generally

present at the time referred to in the Plaintiff's complaint, they did not actually witness the alleged incident. This necessitates the taking of additional deposition not previously contemplated by the parties.

5. Any and all previously pending maintenance and cure issues were settled at a conference before the Honorable Robert Lovegreen, and counsel are currently preparing closing documents relative to these counts. By its terms, the settlement does not affect maintenance and cure arising out of future surgery, should the Plaintiff elect to undergo same.

WHEREFORE, the parties pray that all dates set forth in the Pretrial Order be extended by ninety (90) days,

i. With fact discovery to close August 5, 2008,

ii. Plaintiff's expert disclosures due June 3, 2008,

iii. Defendant's expert disclosure due by July 3, 2008, and expert discovery to close on August 5, 2008,

iv. Dispositive motions due August 19, 2008,

v. Pretrial memoranda due 30 days after a decision on any dispositive motions, or if no dispositive motions are filed, by September 5, 2008.

Dated: February 14, 2008

The Plaintiff, The Defendants,

By his attorney,
Merlyn P. O'Keefe, LLC

/s/Merlyn P. O'Keefe
Mr. Merlyn O'Keefe
Merlyn P. O'Keefe
238 Robinson Street
Wakefield, RI 02879
(401) 789-4850

By their attorney,
HOLBROOK & MURPHY

/s/ Seth S. Holbrook
Seth S. Holbrook BBO #5677
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

/s/ Robert J. Murphy
Robert J. Murphy, *pro hac vice*
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

**Certificate of Service**

I hereby certify that on February 14, 2008, I electronically filed the Joint Motion to Extend Discovery by Ninety Days with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Merlyn O'Keefe, 239 Robinson Street, Wakefield, Rhode Island 02879.

/s/ Seth S. Holbrook
Seth S. Holbrook BBO #5677
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com