UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GUY WICHERT
Plaintiff,

Vs.

DEEP SEA FISH OF RHODE ISLAND, INC
Defendant

C.A. NO.: 2007-136-S-DLM

And

SILHOUETTE TRAWLERS, INC.
Defendant

PLAINTIFF GUY WICHERT'S
MOTION TO COMPEL
F.R.C.P. 26(a)
DISCLOSURES

Comes now your Plaintiff Guy Wichert and moves this Honorable Court to compel defendant Silhouette Trawlers to provide the Informal disclosures mandated by F.R.C.P. 26(a) within seventy-two hours of any Order compelling production.

Undersigned counsel has my good faith conferred with opposing counsel in an effort to obtain the answer of response without court action.

Respectfully Submitted,

/s/______________________
Merlyn O'Keefe, Esq. # 2439
238 Robinson Street
Wakefield, RI, 02892
(401)789-4850
silveroar@gmail.com

CERTIFICATION

I hereby Certify that on 2 March 2008, I electronically filed the Motion to Compelling F.R.C.P. 26 (a) Answers to Interrogatories with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Robert J. Murphy and Seth Holbrook, Holbrook and Murphy, 238-240 Lewis Wharf, Boston, MA 02110.

/s/ ____________________