UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GUY WICHERT
Plaintiff,

Vs.

DEEP SEA FISH OF RHODE ISLAND, INC C.A. NO.: 2007-136-S-DLM
Defendant

And

SILHOUETTE TRAWLERS, INC.
Defendant

PLAINTIFF GUY WICHERT'S
MOTION TO COMPEL
PRODUCTION

Comes now your Plaintiff Guy Wichert and moves this Honorable Court to compel Defendant Silhouette Trawlers Inc. to produce the documents requested on 18 January 2008 within seventy-two hours of the entry of any Order compelling production and to deem any objections waived for failure to answer within the period set forth in the rules.

Undersigned Counsel has in good faith conferred with opposing counsel in an effort to obtain the answer or response without court action.

Respectfully Submitted,

/s/________________________
Merlyn O'Keefe, Esq. # 2439
238 Robinson Street
Wakefield, RI, 02892
(401)789-4850
silveroar@gmail.com

CERTIFICATION

I hereby Certify that on 2 March 2008, I electronically filed the Motion to Compel Production to Interrogatories with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Robert J. Murphy and Seth Holbrook, Holbrook and Murphy, 238-240 Lewis Wharf, Boston, MA 02110.

/s/____________________