**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GUY WICHERT**<br>**Plaintiff,**<br><br>**vs.**<br><br>**DEEP SEA FISH OF RHODE ISLAND, INC.**<br>**Defendant**<br><br>**and**<br><br>**SILHOUETTE TRAWLERS, INC.**<br>**Defendant** | ) | **C.A. NO.: 2007-136-S-DLM** |

**JOINT MOTION TO ENLARGE THE TIME TO RESPOND TO PLAINTIFF'S MOTIONS TO COMPEL PRODUCTION**

NOW COME the parties in the above referenced matter, by and through their undersigned attorneys, and respectfully move this Honorable Court to enlarge the time in which the defendant may file its opposition to plaintiff's Motion to Compel Answers to Interrogatories up to and including, April 2, 2008.

As reason therefore, the parties are working cooperatively to resolve the discovery disputes and are hopeful that the contested issues will be resolved by April 2, 2008. The current filing deadline is March 18, 2008.

Plaintiff's counsel assents to this Motion.

WHEREFORE, the defendant prays that the time in which to file its opposition to plaintiff's Motion Compel Production, be extended up to and including, April 2, 2008.

Dated: March 18, 2008

The Plaintiff,
By his attorney,
Merlyn P. O'Keefe, LLC

/s/Merlyn P. O'Keefe
Mr. Merlyn O'Keefe
Merlyn P. O'Keefe
238 Robinson Street
Wakefield, RI 02879
(401) 789-4850

The Defendants,
By their attorney,
HOLBROOK & MURPHY

/s/ Seth S. Holbrook
Seth S. Holbrook BBO #5677
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

/s/ Robert J. Murphy
Robert J. Murphy, *pro hac vice*
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

**Certificate of Service**

I hereby certify that on March 18, 2008, I electronically filed the Joint Motion to Extend Discovery by Ninety Days with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Merlyn O'Keefe, 239 Robinson Street, Wakefield, Rhode Island 02879.

/s/ Seth S. Holbrook
Seth S. Holbrook BBO #5677
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com