UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GUY WICHERT
Plaintiff,

Vs.

DEEP SEA FISH OF RHODE ISLAND, INC C.A. NO.: 2007-136-S-DLM
Defendant

And

SILHOUETTE TRAWLERS, INC.
Defendant

PLAINTIFF GUY WICHERT'S
MOTION TO COMPEL
SURVEILLANCE TAPES

Comes now your Plaintiff Guy Wichert and moves this Honorable Court to compel the Defendant to produce 100% of the video surveillance tapes it took of Plaintiff.

As grounds for this motion, Plaintiff Guy Wichert would rely on the attached memorandum.

Plaintiff certifies he has conferred and argued the point with Defense Counsel on numerous occasions.

Respectfully Submitted,

/s/________________________

Merlyn O'Keefe, Esq. # 2439
238 Robinson Street
Wakefield, RI, 02892
(401)789-4850
silveroar@gmail.com

CERTIFICATION

I hereby Certify that on 14 August 2008, I electronically filed the Motion to Compel Answers to Interrogatories with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Robert J. Murphy and Seth Holbrook, Holbrook and Murphy, 238-240 Lewis Wharf, Boston, MA 02110.

/s/____________________

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GUY WICHERT
Plaintiff,

Vs.

DEEP SEA FISH OF RHODE ISLAND, INC C.A. NO.: 2007-136-S-DLM
Defendant

And

SILHOUETTE TRAWLERS, INC.
Defendant

MEMORANDUM OR POINTS AND AUTHORIZES
SUPPORT OF PLAINTIFF WICHERT'S MOTION
TO COMPEL VIDEO TAPES

Plaintiff has brought this maritime personal injury complaint for injuries he sustained to his back while working at sea aboard the F/V Huntress I which is owned by Defendant Silhouette Fisheries.

In the course of endless,good faith, but to this point unsuccessful negotiations, Defendant has disclosed it took surreptitious surveillance photos of Plaintiff. In spite of Plaintiffs' request for them and his citing the Defendant to Chiasson v. Zapata Gulf Marine Corp. 988 F.2d 513 (5th Cir. 1993) and Papadakis v. CSX 223 F.R.D. 227 (D Mass 2006) which recognize such tapes as substantive evidence and, as such, discoverable, Defendant stead fastly refuses to produce the tapes even though Plaintiff has long since been deposed and trial looms large on the horizon.

Respectfully Submitted,

/s/________________________
Merlyn O'Keefe, Esq. # 2439
238 Robinson Street
Wakefield, RI, 02892
(401)789-4850
silveroar@gmail.com

CERTIFICATION

I hereby Certify that on 14 August 2008, I electronically filed the Motion to Compel Answers to Interrogatories with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Robert J. Murphy and Seth Holbrook, Holbrook and Murphy, 238-240 Lewis Wharf, Boston, MA 02110.

/s/____________________