**RHODE ISLAND NEUROSURGICAL INSTITUTE**

**Prakash Sampath, M.D.**
*Chief of Neurosurgery*
*Roger Williams Medical Center*
*Associate Professor*
*Boston University School of Medicine*
*Diplomate of the American*
*Board of Neurological Surgery*

**Michael J. Cobb, PA-C**
*Physician Assistant*

**Martina Schulz, PA-**
*Physician Assistant*

21 April 2008

To: Whom it may concern
Re: Guy Wichert

Dear Sir/Madam

Mr. Wichert has presented to our attention with ongoing problems associated with lumbar radiculopathy secondary to neural impingement of the L4 and L5 nerve roots. It is our recommendation that he have a minimally invasive discectomy/laminoforaminotomy at L4-5 L5-S1 on the right to decompress the above mentioned nerve roots. Surgery has been scheduled for May 8, 2008.

If you require additional information please call

Sincerely

Prakash Sampath MD

118 Dudley Street
Providence, RI 02905
Tel: 401-273-4155 • Fax: 401-273-4115
Email: psampath@rineuro.org
www.rineuro.org

May 5 2008 08:52am P001/001 Fax: