**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GUY WICHERT**<br>**Plaintiff,**<br><br>**vs.**<br><br>**DEEP SEA FISH OF RHODE ISLAND, INC.**<br>**Defendant**<br><br>**and**<br><br>**SILHOUETTE TRAWLERS, INC.**<br>**Defendant** | ) | **C.A. NO.: 2007-136-S-DLM** |

**<u>DEFENDANTS SILHOUETTE TRAWLER'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL SURVEILLANCE TAPES AS MOOT</u>**

NOW COME the Defendants in the above captioned matter, by and through their undersigned attorneys and respectfully opposes the Plaintiff's Motion to Compel Surveillance Tapes as Moot.

In support herewith, the defendants state that the parties have resolved the issue and defense counsel has provided plaintiff's counsel with a copy of the requested surveillance video.

The Defendants respectfully pray that this Honorable Court deny the Plaintiff's Motion to Compel Surveillance Tapes as Moot.

Dated: 25 August, 2008

Respectfully submitted,
By its attorney,

/s/ Seth S. Holbrook

Seth S. Holbrook, RI #5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook__murphy@msn.com

**Certificate of Service**

I hereby certify that on August 25, 2008, I electronically filed Defendants' Opposition to oppose the Plaintiff's Motion to Compel Surveillance Tapes as Moot with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Merlyn O'Keefe, Merlyn P. O'Keefe, LLC, 238 Robinson Street, Wakefield, RI 02879.

/s/ Seth S. Holbrook

Seth S. Holbrook, RI# 5677
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151