**RELEASE OF CLAIMS RELATED TO OR ARISING OUT OF MAINTENANCE AND CURE**

KNOW ALL MEN BY THESE PRESENTS, that I, Guy Wichert, ("Releasor") of Rhode Island, an individual,

FOR AND IN CONSIDERATION of the sum of FOUR THOUSAND FORTY AND 00/100 ($4,040.) DOLLARS, to me paid in hand, by or on behalf of DEEP SEA FISHERIES OF RHODE ISLAND, INC., SILHOUETTE TRAWLERS, INC., SUNDERLAND MARINE MUTUAL INSURANCE COMPANY LIMITED, OCEAN MARINE INSURANCE AGENCY, INC., their directors, officers, shareholders, agents, servants, employees, attorneys, surveyors and underwriters, as well as all of their related, subsidiary and parent companies (Releasees), the receipt whereof is hereby acknowledged, have remised, released and forever discharged and do hereby, for myself, my successors and assigns, remise, release and forever discharge the said DEEP SEA FISHERIES OF RHODE ISLAND, INC., SILHOUETTE TRAWLERS, INC., SUNDERLAND MARINE MUTUAL INSURANCE COMPANY LIMITED, OCEAN MARINE INSURANCE AGENCY, INC., their directors, officers, shareholders, agents, servants, employees, attorneys, surveyors and underwriters, as well as all of their related, subsidiary and parent companies, and all of their vessels, and in particular the F/V

HUNTRESS I, its owners, agents, underwriters, attorneys, charterers, master, mates, engineers, officers and crew, of and from all debts, demands, actions, causes of actions, suits, debts, liens, dues, sum and sums of money, accounts, reckonings, bonds, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, extents, executions, punitive damages, exemplary damages, multiple damages and liabilities concerning, relating to or arising out of my claims for maintenance and cure, including but not limited to all such claims for maintenance, cure, failure to pay maintenance and cure, failure to pay an appropriate and or reasonable amount of maintenance and cure, hospitalization, termination of maintenance, present and future medical expenses, failure to approve, pre-approve or guarantee past, present or future



payment of cure, failure to approve, pre-approve or guarantee past, present or future payment of any medical procedure, punitive, exemplary and multiple damages, in any way concerning, relating to or arising out of my maintenance and cure, whatsoever, in Admiralty, in Law and in Equity, which against the said DEEP SEA FISHERIES OF RHODE ISLAND, INC., SILHOUETTE TRAWLERS, INC., SUNDERLAND MARINE MUTUAL INSURANCE COMPANY LIMITED, OCEAN MARINE INSURANCE AGENCY, INC., their directors, officers, shareholders, agents, servants, employees, attorneys, surveyors and underwriters, as well as all of their related, subsidiary and parent companies and all of their vessels, and in particular the F/V HUNTRESS I, its owners, agents, underwriters, attorneys, charterers, master,

mates, engineers, officers and crew, I, the said Guy Wichert, ever had, now have or which my successors, administrators and assigns hereinafter can, shall or may have arising more particularly, but not in limitation of the foregoing general terms, for all claims set forth in Count I and Count IV of my First Amended Complaint, currently pending in the United States District Court for the District of Rhode Island, styled, "Guy Wichert vs. Deep Sea Fish of Rhode Island, Inc., and Silhouette Trawlers, Inc." Civil Action Number 2007-136.

It is hereby acknowledged and agreed that Guy Wichert's claims alleging negligence under the Jones Act, (46 U.S.C. Section 688) and alleging that the F/V HUNTRESS I was unseaworthy in violation of the warranty of seaworthiness, remain extant and are not affected by this Release. Releasees deny all liability under the Jones Act and the warranty of seaworthiness.

Guy Wichert alleges he is currently considering the advisability of an open surgical discectomy for the removal of herniated disc material. The Releasees contest and dispute the nature, cause and extent of any alleged injuries. The Releasees contest and dispute their liability for any future surgery. Notwithstanding anything set forth herein, if, within 90 days of the signing of this Release, Guy Wichert actually undergoes an open surgical discectomy for the removal of herniated disc material, then Guy Wichert's claims for maintenance and cure arising solely and directly from the open surgical discectomy are not affected by this Release. Nothing



contained herein shall be construed as an admission on behalf of any Releasees to pay any

maintenance and cure or to pay maintenance in a specific amount.

RELEASOR understands that this settlement is the compromise of a disputed claim and that payment is not to be construed as an admission of liability or fault on the part of any Releasees, by whom liability is expressly denied. This Release expresses a full and complete settlement of all Maintenance and Cure claims and this Release shall not operate as an admission of liability on the part of anyone. It is further expressly agreed that Releasor has participated through his legal counsel in negotiations leading to this settlement, and that he has had the benefit of consultation and advice of said counsel regarding the settlement of the above legal action and regarding the terms and effect of this document.

I, Guy Wichert, do hereby covenant to indemnify, defend, and hold harmless Releasees from and against all claims, demands and liens on account of or in any way growing out of this settlement.

This "Release" contains the ENTIRE AGREEMENT between Releasor and Releasees. Its terms are contractual and not a mere recital.

IN WITNESS WHEREOF, I, the said Guy Wichert have hereunto set my hand and seal this 14 day of Feb, 2008.

Guy Wichert

**STATE OF RHODE ISLAND**

11 feb, 2008

On this 17 day of feb, 2008 before me, the undersigned notary public, personally appeared Guy Wichert, proved to me through satisfactory evidence of identification, which were ________________________, to be the person whose name is signed on the above Release, and acknowledged to me that he signed it by his free act and deed.

______________________________
Notary Public
My Commission Expires: 8-2010

**CERTIFICATE OF COUNSEL**

I Merlyn O'Keefe, counsel for the aforementioned Guy Wichert, hereby certify that this Release was executed in my presence by Guy Wichert after I correctly and accurately explained its contents and meaning and Guy Wichert acknowledged that he understood its contents and meaning.

______________________________
Merlyn O'Keefe